J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAGUDAY BUENO and THOMAS BUENO, as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, a foreign corporation; RECONTRUST COMPANY, a Nevada corporation; et al.,<br><br>Defendants. | Case: 2:10-cv-01899-PMP-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND RELEASE OF LIS PENDENS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs; and

The Lis Pendens (Instrument No. 201010060002636) that Plaintiffs recorded against the property that is the subject of this action (8583 Benidorm Avenue, Las Vegas, Nevada 89178, Parcel No. 176-28-115-058) on or about October 6, 2010, shall be cancelled, and this cancellation

. . .

. . .

. . .

. . .

. . .

shall have the effect of an expungement of the recorded Lis Pendens, which Lis Pendens shall have no force or effect.

| LEWIS AND ROCA LLP | RANDOLPH LAW FIRM, PC |
|---|---|
| *[signature]* | *[signature]* |
| J. Christopher Jorgensen<br>Meng Zhong<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Attorneys for Defendants<br>DATED: 9-1-11 | Taylor L. Randolph<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>Attorneys for Plaintiffs<br>DATED: 8/30/11 |

**IT IS SO ORDERED**

*[signature]*
UNITED STATES DISTRICT JUDGE
DATED: _September 6, 2011.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

444762